

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of
VOLVO FINANCIAL SERVICES, et al
v.
IRENEUSZ WOJCIECHOWICZ

07CV6957
JUDGE ANDERSEN
MAG. JUDGE COLE

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

VOLVO FINANCIAL SERVICES, (f/k/a Volvo Commercial Finance), a division of VFS US LLC, a Delaware limited liability company

| | |
|---|---|
| NAME (Type or print) MAYSOUN IQAL | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Maysoun Iqal | |
| FIRM COSTON & RADEMACHER | FILED DEC 11 2007 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT |
| STREET ADDRESS 105 W. Adams, Suite 1400 | |
| CITY/STATE/ZIP Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 005855 | TELEPHONE NUMBER (312) 205-1010 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |