AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

VOLVO FINANCIAL SERVICES
(f/k/a Volvo Commercial Finance), a
Division of VFS US LLC, a Delaware
limited liability company

V.

IRENE WOJCIECHOWICZ, individually

CASE NUMBER:

**07CV6957
JUDGE ANDERSEN
MAG. JUDGE COLE**

TO: (Name and address of Defendant)

Irene Wojciechowicz, individually
1248 Edgewater Lane
Antioch, IL 60002

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Patricia E. Rademacher
Maysoun Iqal
COSTON & RADEMACHER
105 W. Adams, Suite 1400
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

DEC 11 2007
DATE

# AFFIDAVIT OF SPECIAL PROCESS SERVER

Volvo Financial vs. Irene Wojciechowicz   Case No. # 07C 6957

Being duly sworn on my oath, I Michael Milazzo declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

## SERVICE

served Irene Wojciechowicz
NAME OF PERSON/ENTITY BEING SERVED

## DOCUMENTS

Complaint & Summons

by serving (NAME) Mrs Wojciechowicz
at ☒ Home 1248 Edgewater Ln. Antioch, Il
☐ Business
☒ on (DATE) 12-15-07 at (TIME) 8:00 a.m.

Thereafter copies of the documents were mailed by prepaid first class mail on (DATE) 12-17-07 from (CITY) Chgo (STATE) Il

## MANNER OF SERVICE

☐ By Personal Service.
☐ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof, namely _____.
☒ By leaving copies at the usual place of abode of the person being served, with a member of the family of suitable age and explaining the general nature of the papers, namely Mrs. Wojciechowicz.
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

## NON-SERVICE

After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s): _____

## SERVICE ATTEMPTS

Service was attempted on: ( ) ___ DATE TIME  ( ) ___ DATE TIME
( ) ___ DATE TIME  ( ) ___ DATE TIME  ( ) ___ DATE TIME

## PHYSICAL DESCRIPTION

☐ Male
☒ Female

RACE: White   AGE: 35   HEIGHT: 5-5   WEIGHT: 125   HAIR: Blond

State of Illinois   County of Cook

Subscribed and sworn to before me
Notary public, this 31 day of Dec 20 07

_Michelle Yanoff_ NOTARY PUBLIC

"OFFICIAL SEAL"
MICHELLE YANOFF
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 6/2/2010

SERVED BY _Michael M._