UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

VOLVO FINANCIAL SERVICES, )
(f/k/a Volvo Commercial Finance) )
a division of VFS US LLC, a Delaware )
limited liability company, )
    )
      Plaintiff, )
    )
v. ) Case No. 07-CV-6957
    )
IRENEUSZ WOJCIECHOWICZ, )
individually, )
    )
      Defendant. )

### REQUEST FOR CLERK'S ENTRY OF DEFAULT PURSUANT TO FED. R. CIV. P. 55(a)

**NOW COMES** the Plaintiff, VOLVO FINANCIAL SERVICES, a division of VFS US LLC, a Delaware limited liability company ("VOLVO FINANCIAL"), by and through its attorneys, Coston & Rademacher, and requests a clerk's entry of default pursuant to Fed. R. Civ. P. 55(a) against Defendant, IRENEUSZ WOJCIECHOWICZ, individually ("WOJCIECHOWICZ") and shows the court as follows:

1.

Volvo Financial filed a complaint on December 11, 2007, against the above named defendant, Ireneusz Wojciechowicz. Said complaint requested a judgment in the amount of $80,479.95.

2.

Said complaint and an accompanying summons were served upon defendant on December 15, 2007.

3.

Pursuant to Fed. R. Civ. P. 4, the time for the filing of an answer has passed.

4.

In accordance with Fed. R. Civ. P. 55(a), Plaintiff files this motion for entry of default by the Clerk.

5.

A review of the docket indicates that no response to the complaint filed on December 11, 2007, has been made. Plaintiff's counsel avers that the complaint was served on the

Defendant at the address listed on the summons and that upon information and belief, there has been no change of address for Defendant. Accordingly, Plaintiff asserts that the defendant's failure to plead or otherwise defend said complaint, said failure having been made to appear by the accompanying affidavit, warrants the clerk's entry of default against this Defendant.

Respectfully submitted,

/s/ *[signature]*

Maysoun B. Iqal, Bar No. 006855
Counsel for Plaintiff
Coston & Rademacher
105 W. Adams, Suite 1400
Chicago, IL 60603
312-205-1010

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VOLVO FINANCIAL SERVICES,<br>(f/k/a Volvo Commercial Finance)<br>a division of VFS US LLC, a Delaware<br>limited liability company,<br><br>          Plaintiff,<br>v.<br><br>IRENEUSZ WOJCIECHOWICZ,<br>individually,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 07-CV-6957<br>)<br>)<br>)<br>)<br>) |

**AFFIDAVIT IN SUPPORT OF PLAINTIFF'S MOTION FOR CLERK'S ENTRY OF DEFAULT JUDGMENT PURSUANT TO FED. R. CIV. P. 55**

**NOW COMES** Maysoun B. Iqal, counsel for the Plaintiff, VOLVO FINANCIAL SERVICES, a division of VFS US LLC, a Delaware limited liability company ("VOLVO FINANCIAL"), and respectfully shows the Court:

(1) that the summons accompanying the instant complaint was issued on December 11, 2007;
(2) that the complaint was served on December 15, 2007;
(3) that due to service of process on December 15, 2003, Defendant, pursuant to Fed. R. Civ. P. 4, had until January 4, 2008, to file an answer;
(4) that the Defendant is not an infant or incompetent person;
(5) that the Defendant has not appeared in the action;
(6) that upon information and belief, the Defendant is not a member of the United States Armed Services; and
(7) that counsel has reviewed the docket, and that said review indicates that no response to the complaint filed on December 11, 2007, has been made, and, furthermore, counsel avers that the time for the filing of an answer appears to have expired pursuant to Fed. R. Civ. P. 4.

Sworn under penalty of perjury this 8th day of January, 2008.

/s/ Maysoun Iqal
Maysoun B. Iqal, Bar No. 0058555
Counsel for Plaintiff
Coston & Rademacher
105 W. Adams, Suite 1400
Chicago, IL 60603
312-205-1010

Edward P. Golitko

OFFICIAL SEAL
EDWARD P. GOLITKO
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-10-2008

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VOLVO FINANCIAL SERVICES, (f/k/a Volvo Commercial Finance) a division of VFS US LLC, a Delaware limited liability company,<br><br>        Plaintiff,<br><br>v.<br><br>IRENEUSZ WOJCIECHOWICZ, individually,<br><br>        Defendant. | Case No. 07-CV-6957 |

### CERTIFICATE OF SERVICE

To:    Irene Wojciechowicz
          1248 Edgewater Lane
          Antioch, IL 60002

    I, Maysoun B. Iqal, an attorney, certify that I served a copy of this Request for Clerk's Entry of Default, to whom it is directed, at the address shown above, by causing said document to be placed into a properly addressed envelope and depositing the same in the U.S. Mail depository at 105 W. Adams, Chicago, Illinois 60603, with proper postage prepaid, at or before 5:00 p.m. on January 9th, 2008.

                                                _____
                                                Maysoun B. Iqal

Maysoun B. Iqal, Bar No. 005855
Counsel for Plaintiff
Coston & Rademacher
105 W. Adams, Suite 1400
Chicago, IL 60603
312-205-1010
