# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| VOLVO FINANCIAL SERVICES, (f/k/a Volvo Commercial Finance) a division of VFS US LLC, a Delaware limited liability company, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 07-CV-6957 |
| IRENEUSZ WOJCIECHOWICZ, individually, | ) ) ) ) | |
| Defendant. | ) | |

## VOLUNTARY DISMISSAL

**NOW COMES** the Plaintiff, VOLVO FINANCIAL SERVICES, a division of VFS US LLC, a Delaware limited liability company ("VOLVO FINANCIAL"), by and through its attorneys, Coston & Rademacher, and pursuant to Fed. R. Civ. Pro. 41(a)(1)(i) hereby dismisses the instant complaint due to the Defendant's filing of bankruptcy.

                    VOLVO FINANCIAL SERVICES,
                    a division of VFS US LLC, a Delaware
                    limited liability company,

By:  /s/ _____
        Maysoun B. Iqal

Patricia E. Rademacher (06205831)
Maysoun B. Iqal (005855)
COSTON & RADEMACHER
105 W. Adams, Suite 1400
Chicago, IL  60603
Telephone:  (312) 205-1005

**SERVICE LIST**

Ireneusz Wojciechowicz
1248 Edgewater Lane
Antioch, IL 60002

**CERTIFICATE OF MAILING**

  I, Maysoun B. Iqal, an attorney, certify that I served a copy of this notice and the above-referenced document on the persons to whom it is directed, at the addresses shown above, by placing same in the U.S. Mail depository at 105 W. Adams St., Suite 1400, Chicago, IL 60603, at or before 5:00 p.m. on this 24th day of January, 2008, with proper postage prepaid.

                /s/_____
                   Maysoun B. Iqal

Patricia E. Rademacher (06205831)
Maysoun B. Iqal (005855)
COSTON & RADEMACHER
105 W. Adams, Suite 1400
Chicago, IL  60603
Telephone:  (312) 205-1005